COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:      01-11-00919-CV

Trial Court Cause
Number:      365607401

Style:      OGE, LLC

     **v** Matrix Petroleum, LLC, Enduring STBU, LLC, Alpaka Oil & Gas, LLC

Date motion filed[*]:      March 13, 2013

Type of motion:      Agreed Motion for Extension of Mediation Period

Party filing motion:      Appellant

Document to be filed:      Response

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      March 6, 2013

     Number of previous extensions granted:    0

     Date Requested:      April 5, 2013

Ordered that motion is:

     ☒    Granted

         If document is to be filed, document due:   April 5, 2013

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐    Denied

     ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐    Other: _____

Judge's signature: Sherry Radack
         ☒ Acting individually      ☐ Acting for the Court

Panel consists of   Chief Justice Sherry Radack, Justice Jane Bland and Justice Rebeca Huddle

Date: March 8, 2013